IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| 1st MAGNOLIA HOMES, INC., | ) | CASE NUMBER 05-30023 |
| | ) | |
| Debtor. | ) | HONORABLE ROBERT E. BRIZENDINE |

**EMERGENCY MOTION TO COMPEL TURNOVER OF POSSESSION OF PROPERTY
OF THE ESTATE**

COMES NOW, Albert F. Nasuti, Chapter 7 Trustee (the "Trustee") in the above styled action, and files this his Emergency Motion to Compel Turnover of Possession of Property of the Estate and shows this Court as follows:

1.

An involuntary Chapter 7 petition was filed against 1st Magnolia Homes, Inc. (the "Debtor") on January 27, 2005, Case No. 05-30023. On January 31, 2005, the Debtor retained counsel and a separate Chapter 7 case was commenced, Case No. 05-30026. Albert F. Nasuti is the Chapter 7 Trustee in both cases. The cases are in the process of being consolidated.

2.

The Estate has an interest in several tracts of real property owned by the Debtor and which are duly listed on the Debtor's Schedules.

3.

At the time of filing, a Purchase and Sale Contract existed on Land Lots 120 and 159 of the 7th District, Gwinnett County, Georgia, being Lot 657, Block G, Sugarloaf Country Club, Pod 6A, with improvements thereon (the "Property"), between the Debtor and Ms. Kelli Sterling.

4.

The closing on the Property was stayed due to the filing of the bankruptcy petition. Upon being advised of the existing contract, the Trustee, Ms. Sterling and the real estate broker, Deneen Ahmed, discussed in length the possibility of executing a new contract for the sale of the Property with the Estate. At that time, the Trustee was told that Ms. Sterling was "living in a hotel" pending closing of the sale.

5.

The parties tentatively agreed to a sale price of $763,000.00 with $5,000.00 earnest money to be paid in certified funds when the sales contract was signed. The sale would have been subject to court approval. The Trustee, in reliance upon Ms. Sterling signing a contract for sale, expedited the preparation of a new Purchase and Sale Contract and the appropriate motions for filing with the court to approve the sale.

6.

The Trustee scheduled several appointments for Ms. Sterling and Ms. Ahmed to sign the new contract and provide the earnest money, all of which were either missed or rescheduled by Ms. Sterling. Ms. Sterling never signed a sales contract and never paid earnest money.

7.

Due to the failure of the sale to be consummated, the Trustee listed the Property with a realtor for possible sale. The Trustee has now become aware that Ms. Sterling is presently occupying the Property without permission or authorization from the Estate. She further is paying no rent, does not own the Property, and will not give the Trustee's realtor access to the Property.

8.

The Trustee provided written notice to Ms. Sterling on March 17, 2005 demanding that she immediately vacate the premises and notifying her that she would be held liable for any damages to the Property.

9.

Ms. Sterling continues to refuse to vacate the Property despite the written demand and remains on the Property without any right to do so. Ms. Sterling's conduct is damaging the Estate and keeping the Trustee from marketing the Property.

WHEREFORE, the Trustee moves for an emergency hearing and an Order compelling Ms. Sterling's immediate turnover of Estate Property; ordering Ms. Sterling off the Property; and for such other and further relief as this Court deems just and appropriate.

Respectfully submitted, this **18**[th] day of **March, 2005**.

/s/_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209

40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
(770) 925-0111

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| 1st MAGNOLIA HOMES, INC., | ) | CASE NUMBER 05-30023 |
| | ) | |
| Debtor. | ) | HONORABLE ROBERT E. BRIZENDINE |

### NOTICE OF ASSIGNMENT OF HEARING

**PLEASE TAKE NOTICE** that the Trustee has filed an Emergency Motion to Compel Turnover of Possession of Property of the Estate (the "Motion") and related papers with the Court in the above-styled case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Courtroom 103, U.S. Courthouse, 121 Spring Street, Gainesville, Georgia at 1:30 p.m. on March 31, 2005.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the **Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 120, 121 Spring Street, Gainesville, Georgia 30501**. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty (30) days of filing the Motion and agrees to a hearing on the earliest possible date.

Dated: **March 18, 2005**         /s/_____
ALBERT F. NASUTI
Georgia State Bar No. 535209

THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
(770) 925-0111

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| 1st MAGNOLIA HOMES, INC., | ) | CASE NUMBER 05-30023 |
| | ) | |
| Debtor. | ) | HONORABLE ROBERT E. BRIZENDINE |

**CERTIFICATE OF SERVICE**

I hereby certify I have served a copy of the Trustee's Emergency Motion for Turnover of Possession of Property of the Estate and Notice of Hearing upon the following parties by depositing a copy in the United States Mail, properly addressed and postage prepaid:

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

Ms. Kelli Sterling
2559 Grey Moss Court
Duluth, Georgia 30097
(Via Certified Mail Return Receipt Requested and First Class U.S. Mail)

William M. Troglin, Esq.
William M. Troglin, P.C.
5950 Live Oak Parkway
Suite 125
Norcross, Georgia 30093

1st Magnolia Homes, Inc.
Henry Burns, President
2784 Sardis Church Rd.
Gainesville, Georgia 30506

DATED this **18th** day of **March, 2005.**

/s/_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia Bar No. 535209

40 Technology Parkway South
Suite 300
Norcross, Georgia 30092
(770) 925-0111