Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia

In re: **1st Magnolia Homes, Inc.**
**58-1834371**

Case No. **05-30026-REB**

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 4,479,892.00 | Business | 2002 |
| 3,923,198.00 | Business | 2003 |
| 5,858,405.00 | Business | 2004 |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gary Greenwald and Denise Greenwald vs Martin E. Kersh, Jill G. Kersh, 1st Magnolia Homes, Inc. and Henry Burns, Sr.** 01-A-00534-8 | **Suit for damages caused by improper water drainage on to Plaintiff's property caused by Defendants'** | **Superior Court of Gwinnett County** | **Open Suit** |
| **All Southern Exteriors Gutter Division, Inc. vs. 1st Magnolia Homes, Inc.** 04CV3446A | **Suit on a Building Contract** | **Superior Court of Hall County** | **Open Suit** |
| **Hunter Losson vs. Henry T. Burns and 1st Magnolia Homes, Inc.** 04CV3445C | **Suit on Building Contract.** | **Superior Court of Hall County** | **Open Suit** |
| **All Southern Exteriors Gutter Division vs. 1st Magnolia Homes, Inc., Martin E. Kersh and Jill Goldberg Kersh** 04-A-10709-4 | **Suit on building contract.** | **Superior Court of Gwinnett County** | **Default judgment** |

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **William M. Troglin, P.C. 5950 Live Oak Pkwy. Suite 125 Norcross, GA** | **1/05** | **$5000.00** |

## 10.  Other transfers

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
| --- |

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☐

a.      If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **1st Magnolia Homes, Inc.** | **\*\*-\*\*\*4371** | **2784 Sardis Church Road Gainesville, GA 30506** | **Home Builder** | **5/5/1988** **Present** |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Brian J. McElroy 267 Corporate Dr. Houma, LA 70360** | |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑

| NAME | ADDRESS |
|---|---|

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20.  Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21.  Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Henry T. Burns**<br>**2784 Sardis Church Road**<br>**Gainesville, GA 30506** | **President** | **100% Stock ownership.** |

## 22.  Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                                    DATE OF WITHDRAWAL

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

## 23.  Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                                           AMOUNT OF MONEY
OF RECIPIENT,                          DATE AND PURPOSE                  OR DESCRIPTION
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL                     AND VALUE OF PROPERTY

## 24.  Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION                 TAXPAYER IDENTIFICATION NUMBER

## 25.  Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **2/22/2005**                    Signature  **s/ Henry T. Burnes**

**Henry T. Burnes, President**

*Print Name and Title*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

***Penalty for making a false statement:*** *Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

FORM B6A
(6/90)

In re: **1st Magnolia Homes, Inc.**_____ .    Case No. **05-30026-REB**_____

 **Debtor**    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Lot 271, Block A, River Club** | **Fee Owner** | | **$ 871,850.00** | **$ 825,154.00** |
| **Lot 367, Block A, River Club** | **Fee Owner** | | **$1,443,000.00** | **$1,132,000.00** |
| **Lot 655, Block G, Sugarloaf Country Club.** | **Fee Owner** | | **$ 250,000.00** | **$ 132,202.65** |
| **Lot 657, Block G,  Sugarloaf Country Club.** | **Fee Owner** | | **$ 750,000.00** | **$ 516,700.27** |
| **Lot 678, Block G, Sugarloaf Country Club.** | **Fee Owner** | | **$1,300,000.00** | **$ 738,750.00** |
| **Lot 687, Block G, Sugarloaf Country Club.** | **Fee Owner** | | **$ 366,000.00** | **$ 366,895.76** |
| **Lot 702, Block G, Sugarloaf Country Club.** | **Fee Owner** | | **$ 160,000.00** | **$  67,638.00** |
| **Lot 82, Block D, River Club, Phase II.** | **Fee Owner** | | **$ 688,000.00** | **$ 641,885.16** |
| **Lots 653 and 654, Block G, Sugarloaf Country Club.** | **Fee Owner** | | **$ 500,000.00** | **$ 343,919.20** |
| **Lots 659 and 660, Block G, Sugarloaf Country Club.** | **Fee Owner** | | **$ 500,000.00** | **$ 424,660.65** |
| **Lots 676, 683, 684, 689, 692, and 696, Block G, Sugarloaf Country Club.**<br><br>**Unimproved Lots** | **Fee Owner** | | **$1,241,000.00** | **$ 827,325.00** |

**Total**    ➤    **$8,069,850.00**

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **1st Magnolia Homes, Inc.**        ,    Case No.    **05-30026-REB**

       Debtor                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Corp. Checking Acct. #**** **** 6991 with Bank of America P.O. Box 25118 Tampa, FL 33622-5118** | | 77.31 |
| | | **Corp. Checking Acct. #*********2025 with SunTrust Bank P.O. Box 622227 Orlando, FL 32862-2227** | | 122.89 |
| | | **Corp. Checking Acct. #******6926 with BB&T 2885 Lawrenceville-Suwanee Rd Suwanee, GA 30024** | | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

FORM B6B
(10/89)

In re  **1st Magnolia Homes, Inc.** _____  Case No.  **05-30026-REB** _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures.  Itemize. | | | | 0.00 |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Contract dispute on house built for Dr. Marty and Jill Kersh on their lot in Sugarloaf Country Club.** | | **2,601,642.41** |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |

FORM B6B
(10/89)

In re **1st Magnolia Homes, Inc.**                                          ·      Case No.    **05-30026-REB**

_____Debtor_____                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

__2__   continuation sheets attached                    Total    ➤   | **$2,601,942.61** |

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

FORM B6D
(12/03)

In re: **1st Magnolia Homes, Inc.** , Case No. **05-30026-REB**

Debtor (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Bank of America** <br> **c/o Troutman Sanders, LLP** <br> **600Peachtree St., N.E.** <br> **Suite 5200** <br> **Atlanta, GA 30308-2216** | | | **2004** <br> **Notice Only** <br><br> **VALUE $0.00** | | | | 0.00 | 0.00 |
| ACCOUNT NO.  **00270664** <br><br> **Bank of America** <br> **c/o Troutman Sanders, LLP** <br> **600Peachtree St., N.E.** <br> **Suite 5200** <br> **Atlanta, GA 30308-2216** | | | **2004** <br> **Lot 702, Block G, Sugarloaf Country Club.** <br><br> **VALUE $160,000.00** | | | | 67,638.00 | 0.00 |
| ACCOUNT NO.  **9540687738-00006** <br><br> **BB&T of GA** <br> **Business Loan Center** <br> **P.O. Box 580003** <br> **Charlotte. NC 28258-0003** | | | **2004** <br> **Deed to Secure Debt** <br> **Lots 653 and 654, Block G, Sugarloaf Country Club.** <br><br> **VALUE $500,000.00** | | | | 343,919.20 | 0.00 |
| ACCOUNT NO.  **9540687738-00003** <br><br> **BB&T of GA** <br> **Business Loan Center** <br> **P.O. Box 580003** <br> **Charlotte. NC 28258-0003** | | | **2004** <br> **Deed to Secure Debt** <br> **Lots 676, 683, 684, 689, 692, and 696, Block G, Sugarloaf Country Club.** <br><br> **Unimproved Lots** <br><br> **VALUE $1,241,000.00** | | | | 827,325.00 | 0.00 |
| ACCOUNT NO.  **9540687738-00005** <br><br> **BB&T of GA** <br> **Business Loan Center** <br> **P.O. Box 580003** <br> **Charlotte. NC 28258-0003** | | | **2004** <br> **Deed to Secure Debt** <br> **Lot 687, Block G, Sugarloaf Country Club.** <br><br><br> **VALUE $366,000.00** | | | | 366,895.80 | 895.80 |

<u>2</u> Continuation sheets attached

| | |
|---|---|
| **Subtotal** ➤ <br> (Total of this page) | **$1,605,778.00** |
| **Total** ➤ <br> (Use only on last page) | |

(Report total also on Summary of Schedules)

FORM B6D
(12/03)

In re: **1st Magnolia Homes, Inc.** , Case No. **05-30026-REB**
_____
Debtor (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9540687738-00004** <br><br>**BB&T of GA** <br>**Business Loan Center** <br>**P.O. Box 580003** <br>**Charlotte, NC 28258-0003** | | | **2004** <br>**Deed to Secure Debt** <br>**Lot 678, Block G, Sugarloaf Country Club.** <br>_____ <br>**VALUE $1,300,000.00** | | | | **738,750.00** | **0.00** |
| ACCOUNT NO. <br><br>**CLT Development Corp.** <br>**400 S. Tryon St.** <br>**Charlotte, NC 28201** | | | **2004** <br>**Deed to Secure Debt** <br>**2nd Mortgage on Lots 676, 683, 684, 689, 692 and 696, Block G, Sugarloaf Country Club.** <br>_____ <br>**VALUE $294,772.76** | | | | **294,772.76** | **0.00** |
| ACCOUNT NO. **51233** <br><br>**First Horizon Construction Lending** <br>**5775-E Glenridge Drive** <br>**Suite 100** <br>**Atlanta, GA 30328** | | | **2004** <br>**Deed to Secure Debt** <br>**Lots 659 and 660, Block G, Sugarloaf Country Club.** <br>_____ <br>**VALUE $500,000.00** | | | | **424,660.70** | **0.00** |
| ACCOUNT NO. <br><br>**Sugarloaf Properties, Inc.** <br>**2675 Sugarloaf Club Drive** <br>**Duluth, GA 30097** | | | **2004** <br>**Deed to Secure Debt** <br>**2nd Lien on Lots 678 and 687, Blk G, Sugarloaf Country Club.** <br>_____ <br>**VALUE $256,650.00** | | | | **256,650.00** | **0.00** |
| ACCOUNT NO. <br><br>**SunTrust Bank** <br>**c/o Chestnut, Livingston & Pye, P.C.** <br>**6485 Peachtree Industrial Blvd.** <br>**Doraville, GA 30360** | | | **2004** <br>**Notice Only** <br>_____ <br>**VALUE $0.00** | | | | **0.00** | **0.00** |
| ACCOUNT NO. **0020369279** <br><br>**SunTrust Bank** <br>**Commercial Credit Services** <br>**P.O. Box 4418, MC 0039** <br>**Atlanta, GA 30302** | | | **2004** <br>**Deed to Secure Debt** <br>**Lot 271, Block A, River Club** <br>_____ <br>**VALUE $1,855,000.00** | | | | **1,799,016.00** | **0.00** |

Sheet no. <u>1</u> of <u>2</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

**$3,513,849.46**

Total ➤
(Use only on last page)

(Report total also on Summary of Schedules)

FORM B6D
(12/03)

In re: **1st Magnolia Homes, Inc.** , Case No. **05-30026-REB**

Debtor    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0020369279**<br>**SunTrust Bank**<br>**Commercial Credit Services**<br>**P.O. Box 4418, MC 0039**<br>**Atlanta, GA 30302** | | | **2004**<br>**Deed to Secure Debt**<br>**Lot 367, Block A, River Club**<br>**VALUE $1,850,000.00** | | | | **1,142,747.00** | **0.00** |
| ACCOUNT NO. **0020369279**<br>**SunTrust Bank**<br>**Commercial Credit Services**<br>**P.O. Box 4418, MC 0039**<br>**Atlanta, GA 30302** | | | **2004**<br>**Deed to Secure Debt**<br>**Lot 655, Block G, Sugarloaf Country Club.**<br>**VALUE $250,000.00** | | | | **132,202.70** | **0.00** |
| ACCOUNT NO. **0020369279**<br>**SunTrust Bank**<br>**Commercial Credit Services**<br>**P.O. Box 4418, MC 0039**<br>**Atlanta, GA 30302** | | | **2004**<br>**Deed to Secure Debt**<br>**Lot 657, Block G,  Sugarloaf Country Club.**<br>**VALUE $750,000.00** | | | | **516,700.30** | **0.00** |
| ACCOUNT NO. **0020369279**<br>**SunTrust Bank**<br>**Commercial Credit Services**<br>**P.O. Box 4418, MC 0039**<br>**Atlanta, GA 30302** | | | **2004**<br>**Deed to Secure Debt**<br>**Lot 82, Block D, River Club, Phase II.**<br>**VALUE $688,000.00** | | | | **641,885.20** | **0.00** |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal ➤<br>(Total of this page) | **$2,433,535.20** |
| Total ➤<br>(Use only on last page) | **$7,553,162.66** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re    **1st Magnolia Homes, Inc.**    ,    Case No.    **05-30026-REB**

          Debtor                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  Continuation sheets attached

Form B6E - Cont.
(04/04)

In re __1st Magnolia Homes, Inc._____, Case No. __05-30026-REB__
            Debtor                                                       (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**P.O. Box 1055572**<br>**Atlanta, GA 30348-5572** | | | **2003**<br>**Payroll Taxes** | | | | **37,000.00** | **37,000.00** |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

                             Subtotal ➤ | **$37,000.00**
(Total of this page)

                            **Total** ➤ | **$37,000.00**
**(Use only on last page of the completed Schedule E.)**
(Report total also on Summary of Schedules)

Form B6F (12/03)

In re   **1st Magnolia Homes, Inc.**                                                         .   Case No.   05-30026-REB
_____Debtor_____                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A.J. Concrete Pumping, Inc.**<br>**5820 Jacaranda Dr.**<br>**Mableton, GA 30126** | | | **2004**<br><br>**Supplier** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Adams & Sons Roofing Co., Inc.**<br>**P.O. Box 434**<br>**Buford, GA 30515** | | | **2004**<br><br>**Roofing Contractor** | | | | **2,200.00** |
| ACCOUNT NO.<br><br>**All Around Building Services**<br>**901 River Rock Dr.**<br>**Woodstock, GA 30188** | | | **2004**<br><br>**Sub Contractor** | | | | **209.17** |
| ACCOUNT NO.<br><br>**All Georgia Ext. Gutter Civ., Inc.**<br>**3480 Green Pointe Pkwy.**<br>**Suite A**<br>**Norcross, GA 30092** | | | **2004**<br><br>**Gutter Supplier** | | | | **30,000.00** |
| ACCOUNT NO.<br><br>**All Southern Exteriors Gutter**<br>**3480 Green Pointe Pkwy.**<br>**Suite A**<br>**Norcross, GA 30092** | | | **2004**<br><br>**Gutter Contractor** | | | | **28,249.00** |

20   Continuation sheets attached

Subtotal   ➤

Total   ➤

$60,658.17

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                    .    Case No.  **05-30026-REB**
　　　　　　Debtor                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**All-Pro Pest Services, Inc.**<br>**P.O. Box 788**<br>**Smyrna, GA 30081-0788** | | | **2004**<br><br>**Pest Treatment Contractor** | | | | 1,385.00 |
| ACCOUNT NO.<br><br>**American Express Business Fin.**<br>**P.O. Box 5955**<br>**Phoenix, AZ 10087-5955** | | | **5+ Years**<br><br>**Credit Card** | | | | 11,214.51 |
| ACCOUNT NO.<br><br>**Arch Wireless**<br>**P.O. Box 660770**<br>**Dallas, TX 75266-0770** | | | **2004**<br><br>**Pager** | | | | 123.10 |
| ACCOUNT NO.<br><br>**A-Team**<br>**4538 Hugh Howell Road**<br>**Tucker, GA 30084** | | | **2004**<br><br>**Garage Door Supplier** | | | | 1,711.00 |
| ACCOUNT NO.<br><br>**Atlanta Erosion Consultants, LLC**<br>**P.O. Box 9300095**<br>**Norcross, GA 30003** | | | **2004**<br><br>**Sub Contractor** | | | | 4,257.95 |

Sheet no.  1  of  20  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢
(Total of this page)

Total  ➢
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$18,691.56** |
| Total | |

Form B6F - Cont.
(12/03)

In re **1st Magnolia Homes, Inc.** _____ . Case No. **05-30026-REB** _____
**Debtor**                                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Atlanta Structural Corp.**<br>**P.O. Box 2824**<br>**Norcross, GA 30091-2824** | | | **2004**<br><br>**Sub Contractor** | | | | **69,890.69** |
| ACCOUNT NO.<br><br>**Aziz G. Hasi**<br>**2340 Sugarloaf Club Drive**<br>**Duluth, GA 30097** | | | **2004**<br><br>**Customer deposit on building contract for Lot 689 Sugarloaf Country Club.** | | | | **100,000.00** |
| ACCOUNT NO.<br><br>**B&C Pressure Washing, inc.**<br>**3968 Hawks Nest Ct.**<br>**Duluth, GA 30097** | | | **2004**<br><br>**Cleaning Contractor** | | | | **550.00** |
| ACCOUNT NO.<br><br>**B.H. Johnson Stairbuilders, Inc.**<br>**6525 Industrial Way**<br>**Alpharetta, GA 30004** | | | **2004**<br><br>**Sub Contractor** | | | | **15,000.00** |
| ACCOUNT NO.<br><br>**BB&T Bankcard Corp.**<br>**P.O. Box 580363**<br>**Charlotte, NC 28258-0363** | | | **Credit Card** | | | | **18,985.83** |

Sheet no. _2_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

| | **$204,426.52** |
|---|---|

Total  ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                              .    Case No.    **05-30026-REB**
          **Debtor**                                                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Beatrice A. DiJoseph**<br>**4805 Roswell Mill Road**<br>**Alpharetta, GA 30022** | | | **2004**<br><br>**Administrative Fee** | | | | **5,000.00** |
| ACCOUNT NO.<br><br>**Bell South USA**<br>**85 Annex**<br>**Atlanta, GA 30385-0001** | | | **2004**<br><br>**Telephone Service** | | | | **241.65** |
| ACCOUNT NO.<br><br>**Blue Star Painting & Decorating, Inc.**<br>**4428 LaVista Rd.**<br>**Tucker, GA, 30084** | | | **2004**<br><br>**Sub Contractor** | | | | **15,000.00** |
| ACCOUNT NO.<br><br>**Bowman Building Supplies**<br>**2705 Northgate Court**<br>**Cumming, GA 30041** | | | **2004**<br><br>**Supplier** | | | | **3,811.24** |
| ACCOUNT NO.<br><br>**Builders Insurance**<br>**P.O. Box 723099**<br>**Atlanta, GA 31139-0099** | | | **2004**<br><br>**Builders Risk Insurance** | | | | **3,480.05** |

Sheet no. _3_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

Total  ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| **$27,532.94** | |
| | |

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                                                                    .        Case No.  **05-30026-REB**
                    **Debtor**                                                                                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bush Millwork Specialities, Inc.**<br>**2712 Simpson Circle**<br>**Norcross, GA 30071** | | | **2004**<br><br>**Sub Contractor** | | | | **5,000.00** |
| ACCOUNT NO.<br><br>**Carolina Building Services, Inc.**<br>**207 Timber Road**<br>**Mooresville, NC 28115** | | | **2004**<br><br>**Sub Contractor** | | | | **1,158.30** |
| ACCOUNT NO.<br><br>**Cecil Breedlove Insulation**<br>**P.O. Box 1354**<br>**Buford, GA 30515** | | | **2004**<br><br>**Contractor** | | | | **100.00** |
| ACCOUNT NO.<br><br>**Cheryle Adderhold Mills**<br>**2620 Links End**<br>**Roswell, GA 30076** | | | **2004**<br><br>**Promissory note for joint venture to build house.** | | | | **340,000.00** |
| ACCOUNT NO.<br><br>**Concrete Services & Equipt., Inc.**<br>**P.O. Box 258**<br>**Murrayville, GA 30564-0258** | | | **2004**<br><br>**Sub Contractor** | | | | **1,792.02** |

Sheet no. _4_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) | **$348,050.32**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re __1st Magnolia Homes, Inc.__ _____ .    Case No. __05-30026-REB__

       **Debtor**                                                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Consulting Enterprises Corp.**<br>**1048 Industrial Ct.**<br>**Suite F**<br>**Suwanee, GA 30024** | | | **2004**<br>**Sub Contractor** | | | | **1,200.00** |
| ACCOUNT NO.<br><br>**Continental Stone, Inc.**<br>**390-B Buford Hwy.**<br>**Sugar Hill, GA 30518** | | | **2004**<br>**Sub Contractor** | | | | **195,000.00** |
| ACCOUNT NO.<br><br>**Corbin Coring, Inc.**<br>**13600 Cogburn Rd.**<br>**Alpharetta, GA 30004** | | | **2004**<br>**Sub Contractor** | | | | **150.00** |
| ACCOUNT NO.<br><br>**Correct Housewrap, Inc.**<br>**980 Forest Park La.**<br>**Suwanee, GA 30024** | | | **2004**<br>**Sub Contractor** | | | | **12,000.00** |
| ACCOUNT NO.<br><br>**Cox Interior, Inc.**<br>**Drawer #GA00434**<br>**P.O. Box 530101**<br>**Atlanta, GA 30353-0101** | | | **2004**<br>**Sub Contractor** | | | | **4,400.07** |

Sheet no. _5_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢
(Total of this page)

| $212,750.07 |
|---|

Total ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **1st Magnolia Homes, Inc.**                                                    .    Case No.    **05-30026-REB**
　　　　　　**Debtor**                                                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Custom Brick Masonary, LLC**<br>**282 Mountain Ridge Dr.**<br>**Dahlonega, GA 30533-4941** | | | **2004**<br><br>**Sub Contractor** | | | | **3,000.00** |
| ACCOUNT NO.<br><br>**Custom Home Improvment, Inc.**<br>**4665 Countryside Dr.**<br>**Flowery Branch, GA 30542** | | | **2004**<br><br>**Sub Contractor** | | | | **400.00** |
| ACCOUNT NO.<br><br>**D&P Landscaping**<br>**2569 Old Athens Hwy.**<br>**Monroe, GA 30656** | | | **2004**<br><br>**Landcaping Services** | | | | **150.00** |
| ACCOUNT NO.<br><br>**Daniel Emerich**<br>**2705 Endora Trail**<br>**Duluth, GA 30097** | | | **2004**<br><br>**Customer deposit on building contract for Lot 678 Sugarloaf Country Club. House 100% complete.** | | | | **1,300,000.00** |
| ACCOUNT NO.<br><br>**Darrell D. Raines**<br>**605 Glendale Forest Dr.**<br>**Woodstock, GA 30189** | | | **2004**<br><br>**Services** | | | | **100.00** |

Sheet no.  6  of  20  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

Total  ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$1,303,650.00** |
| Total | |

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                                                    .    Case No.    **05-30026-REB**
_____
Debtor                                                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DeKalb Steel, Inc.**<br>**P.O. Box 2047**<br>**Tucker, GA 30085-2047** | | | **2004**<br><br>**Sub Contractor** | | | | **689.87** |
| ACCOUNT NO.<br><br>**Dennis Adams Electric**<br>**391 Miquel Jorge Lane**<br>**Canton, GA 30115** | | | **2004**<br><br>**Sub Contractor** | | | | **1,800.00** |
| ACCOUNT NO.<br><br>**Donaldson Investments**<br>**2433 Eudora Way**<br>**Duluth, GA 30097** | | | **2004**<br><br>**Promissory note for joint venture to build house.** | | | | **36,260.00** |
| ACCOUNT NO.<br><br>**Dr. & Mrs. Joseph G. Baver**<br>**c/o Epstein, Becker I Green, P.C.**<br>**945 East Paces Ferry Road**<br>**Suite 2700**<br>**Atlanta, GA 30326-1380** | | | **Customer deposit on building contract for Lot 139 River Club.** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Dr. Shailesh Gandhi**<br>**2795 Endora Trail**<br>**Duluth, GA 30097** | | | **2004**<br><br>**Customer deposit on building contract for Lot 798, Sugarloaf Country Club.** | | | | **250,000.00** |

Sheet no. _7_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤

(Total of this page)

Total ➤

**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| | **$288,749.87** |
| | |

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                                                                   .    Case No.   **05-30026-REB**
          **Debtor**                                                                                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Echols Glass & Mirror, Inc.**<br>**5979 Gosen Springs**<br>**Norcross, GA 30071** | | | **2004**<br><br>**Sub Contractor** | | | | **20,956.06** |
| ACCOUNT NO.<br><br>**Emerich Stucco Group, Inc.**<br>**2704 Lockerly Lane**<br>**Duluth, GA 30097** | | | **2004**<br><br>**Sub Contractor** | | | | **14,000.00** |
| ACCOUNT NO.<br><br>**Energy Conservation Insulation**<br>**P.O. Box 528**<br>**Alpharetta, GA 30009** | | | **2004**<br><br>**Sub Contractor** | | | | **4,059.00** |
| ACCOUNT NO.<br><br>**Federal Express**<br>**P.O. Box 1140**<br>**Memphis, TN 38101-1140** | | | **2004**<br><br>**Express Shipping** | | | | **252.54** |
| ACCOUNT NO.<br><br>**Felton Edwards Construction**<br>**2064 Stanley Christian Rd.**<br>**Monroe, GA 30655** | | | **2004**<br><br>**Sub Contractor** | | | | **400.00** |

Sheet no.  8  of  20  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  (Total of this page)      **$39,667.60**

Total  ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.** _____ .    Case No.  **05-30026-REB** _____

Debtor    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ferguson Enterprises, inc.<br>P.O. Box 100286<br>Atlanta, GA 30384-0286 | | | **2004**<br><br>**Sub Contractor** | | | | **15,583.94** |
| ACCOUNT NO.<br><br>Frank E. Kutcher, Jr.<br>2080 Northwick Pass Way<br>Alpharetta, GA 30022-1051 | | | **2004**<br><br>**Promissory note for Joint Venture to build house.** | | | | **209,500.00** |
| ACCOUNT NO.<br><br>G&G Sanitation Systems<br>P.O. Box 439<br>Cumming, GA 30028-0439 | | | **2004**<br><br>**Sub Contractor** | | | | **11,508.35** |
| ACCOUNT NO.<br><br>G. Dean & Associates, Inc.<br>2275 Sugarloaf Club Dr.<br>Duluth, GA 30097 | | | **2004**<br><br>**Sub Contractor** | | | | **6,202.50** |
| ACCOUNT NO.<br><br>Gary and Denise Greenwald<br>2559 Boddie Place<br>Duluth, GA 30097 | | | **2004**<br><br>**Plaintiff in law suit claiming damages caused by improper drainage from ajoining property caused by Debtor.** | | | | **0.00** |

Sheet no.  9  of  20  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| $242,794.79 |
|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                                                                    . Case No.  **05-30026-REB**
         **Debtor**                                                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Georgia Cabinets/Floors, Inc.**<br>**1100 Cobb Internationsl Place**<br>**Kennesaw, GA 30066** | | | **2004**<br>**Sub Contractor** | | | | **14,744.15** |
| ACCOUNT NO.<br><br>**Georgia Lighting & Supply, Inc.**<br>**P.O. Box 945855**<br>**Atlanta, GA 30394-5855** | | | **2004**<br>**Supplier** | | | | **39,534.04** |
| ACCOUNT NO.<br><br>**Georgia Power Co.**<br>**96 Annex**<br>**Atlanta, GA 30396-0001** | | | **2004**<br>**Utilities** | | | | **300.84** |
| ACCOUNT NO.<br><br>**Georgia Tiles, Inc.**<br>**3575 Beachhill Dr.**<br>**Doraville, GA 30340** | | | **2004**<br>**Tile Contractor** | | | | **32,554.00** |
| ACCOUNT NO.<br><br>**Graves Fireplace, Inc.**<br>**4111 AAron Sosebee Road**<br>**Cumming, GA 30130** | | | **2004**<br>**Sub Contractor** | | | | **14,318.79** |

Sheet no.  10  of  20  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| **$101,451.82** |
|---|

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                                                    .   Case No.   **05-30026-REB**
            **Debtor**                                                                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Grogan's Sani-Service, Inc.**<br>**P.O. Box 1830**<br>**Cumming, GA 30028** | | | **2004**<br><br>**Dumpster Supplier** | | | | **1,471.21** |
| ACCOUNT NO.<br><br>**Gwinnett County Dept. of Public**<br>**P.O. Box 372**<br>**Lawrenceville, GA 30046** | | | **2004**<br><br>**Permits** | | | | **1,071.18** |
| ACCOUNT NO.<br><br>**Home Depot Credit Card Services**<br>**P.O. Box 9055**<br>**Des Monies, IA 50368-9055** | | | **2004**<br><br>**Credit Card** | | | | **10,557.94** |
| ACCOUNT NO.<br><br>**Hunter Losson**<br>**c/o Berman Fink Van Horn, P.C.**<br>**3423 Piedmont Road, NE**<br>**Suite 200**<br>**Atlanta, GA 30305-4802** | | | **2004**<br><br>**Promissory note for joint venture to build house.** | | | | **65,000.00** |
| ACCOUNT NO.<br><br>**Igor Lipko Ironworks**<br>**8521-B Knox Bridge Hwy.**<br>**Canton, GA 30114** | | | **2004**<br><br>**Sub Contractor** | | | | **2,050.00** |

Sheet no.  11  of  20  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     (Total of this page)      | **$80,150.33**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                                                    .    Case No.    **05-30026-REB**
　　　　　　　　**Debtor**                                                                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Interior Design Atlanta**<br>**3274 Medlock Bridge Rd.**<br>**Norcross, GA 30092** | | | **2004**<br>**Sub Contractor** | | | | **11,815.13** |
| ACCOUNT NO.<br><br>**Jackson EMC**<br>**P.O. Box 100**<br>**Jefferson, GA 30549-0100** | | | **2004**<br>**Utilities** | | | | **95.75** |
| ACCOUNT NO.<br><br>**Jed's Services**<br>**1155 M604 Dunbarton Ct.**<br>**Woodstock, GA 30189** | | | **2004**<br>**Sub Contractor** | | | | **2,200.00** |
| ACCOUNT NO.<br><br>**JH Roofing, Inc.**<br>**975 St. Charles Ct.**<br>**Lawrenceville, GA 30045** | | | **2004**<br>**Sub Contractor** | | | | **11,350.00** |
| ACCOUNT NO.<br><br>**JJG, Inc.**<br>**d/b/a Grishams Glass Art**<br>**3931 Peachtree Ind. Blvd.**<br>**Duluth, GA 30096** | | | **2004**<br>**Glass Contractor** | | | | **375.00** |

Sheet no.  12  of  20  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| **$25,835.88** |
| |

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                                            .    Case No.  05-30026-REB
       **Debtor**                                                                                     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Joel Harper Construction, LLC**<br>**527 Tom Smith Rd., SW**<br>**Lilburn, GA 30047** | | | **2004**<br><br>**Sub Contractor** | | | | **2,760.00** |
| ACCOUNT NO.<br><br>**Kelly Allen Drywall**<br>**384 Grizzle Farm Rd.**<br>**Dawsonville, GA 30534** | | | **2004**<br><br>**Drywall Contractor** | | | | **5,000.00** |
| ACCOUNT NO.<br><br>**Kelly Professional Carpet Care**<br>**4095 Lakeland Hills Drive**<br>**Douglasville, GA 30134** | | | **2004**<br><br>**Cleaning Contractor** | | | | **9,510.00** |
| ACCOUNT NO.<br><br>**Kirkland & Associates Architects, P.C.**<br>**4488 N. Shallowford Rd.**<br>**Suite 110**<br>**Dunwoody, GA 30338** | | | **2004**<br><br>**Services** | | | | **16,463.99** |
| ACCOUNT NO.<br><br>**L.D.& M. Group, Inc.**<br>**6092 Carlisle Ln.**<br>**Alpharetta, GA 30076** | | | **2004**<br><br>**Landscape Contractor** | | | | **8,350.00** |

Sheet no. 13 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ **$42,083.99**
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                      .   Case No.   05-30026-REB
　　　　　　Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>L.E.S. Designs, Inc.<br>7545 Union Hill Road<br>Canton, GA 30115 | | | **2004**<br><br>**Tree Removal Contractor** | | | | **4,312.75** |
| ACCOUNT NO.<br><br>Liotti Plumbing Co.<br>1169 Edward Mill Road<br>Ball Ground, GA 30045 | | | **2004**<br><br>**Plumbing Contractor** | | | | **2,500.00** |
| ACCOUNT NO.<br><br>Lucille N. Gregoire<br>4225 Eagle Ridge Court<br>Cumming. GA 30041 | | | **2004**<br><br>**Customer deposit on building contract for Lot 367, River Club.  House 78% complete.** | | | | **224,550.00** |
| ACCOUNT NO.<br><br>M&M Counters & Vanities, Inc.<br>371 Pike Blvd.<br>Suite 340<br>Lawrenceville, GA 30045 | | | **2004**<br><br>**Cabinet Contractor** | | | | **600.00** |
| ACCOUNT NO.<br><br>MAC Construction<br>4175 W. Shore Ct.<br>Douglasville, GA 30135 | | | **2004**<br><br>**Framing Contractor** | | | | **45,000.00** |

Sheet no.  14  of  20  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    **$276,962.75**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **1st Magnolia Homes, Inc.** _____. Case No. **05-30026-REB** _____

Debtor
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Mainely Trim, Inc.**<br>**213 County Line Road**<br>**Auburn, GA 30011** | | | **2004**<br><br>**Interior Trim Contractor** | | | | **7,800.00** |
| ACCOUNT NO.<br><br>**Mark's Foundations, Inc.**<br>**9320 Industrial Trace**<br>**Alpharetta, GA 30004** | | | **2004**<br><br>**Foundation Contractor** | | | | **15,000.00** |
| ACCOUNT NO.<br><br>**Martin E. and Jill G. Kersh**<br>**c/o Arnold Golden Gregory, LLP**<br>**2800 One Atlantic Center**<br>**1201 West Peachtree Street**<br>**Atlanta, GA 30309-3450** | | | **Cross Claim in Gary Greenwald and Denisc Greenwald, vs. Martin E. Kersh, Jill G. Kersh, 1st Magnolia Homes, Inc. and Henry Burns, Sr.** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Micky's Lumber Supply, Inc.**<br>**3898 May Road**<br>**Duluth, GA 30096** | | | **2004**<br><br>**Supplier** | | | | **422,161.16** |
| ACCOUNT NO.<br><br>**Murrell's Construction Co., Inc.**<br>**P.O. Box 640**<br>**Grayson, GA 30017-0640** | | | **2004**<br><br>**Waterproofing Contractor** | | | | **3,870.00** |

Sheet no. _15_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| **$448,831.16** |
|---|
| |

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                    .     Case No.   **05-30026-REB**
  **Debtor**                                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Nextel Communications**<br>**P.O. Box 4191**<br>**Carol Stream, IL 60197-4191** | | | **2004**<br><br>**Communications** | | | | **285.77** |
| ACCOUNT NO.<br><br>**North Georgia Brick Co., Inc.**<br>**P.O. Box 2548**<br>**Cumming, GA 30028** | | | **2004**<br><br>**Brick Masonary** | | | | **1,554.34** |
| ACCOUNT NO.<br><br>**Northside Concrete Contractors, Inc.**<br>**4579 GA Hwy. 120**<br>**Suite 5**<br>**Duluth, GA 30136** | | | **2004**<br><br>**Concrete Contractor** | | | | **2,650.00** |
| ACCOUNT NO.<br><br>**Outdoor Environments, Inc.**<br>**P.O. Box 941**<br>**Grayson, GA 30017** | | | **2004**<br><br>**Landscaping** | | | | **6,000.00** |
| ACCOUNT NO.<br><br>**P.C.S. Grading, Inc.**<br>**6725 Millwood Road**<br>**Cuming, GA 30041** | | | **2004**<br><br>**Grading Work** | | | | **375.00** |

Sheet no. __16__ of __20__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| **$10,865.11** | |

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.** _____, Case No.  **05-30026-REB** _____
_____ Debtor _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Pacific Internationsl Hardwood<br>2620 Canton Road<br>Marietta, GA 30066** | | | **2400**<br><br>**Vinyl Flooring** | | | | **42,000.00** |
| ACCOUNT NO.<br><br>**Pella Windows & Door Co. of GA<br>4772 Ashford Dunwoody Rd.<br>Atlanta, GA 30338** | | | **2004**<br><br>**Supplier** | | | | **34,764.67** |
| ACCOUNT NO.<br><br>**Prudential Georgia Realty<br>c/o Monica K. Gilroy, Esquire<br>1544 Old Alabama Road<br>Roswell, GA 30076** | | | **2004**<br><br>**Real Estate Commissions** | | | | **75,000.00** |
| ACCOUNT NO.<br><br>**R.E.W. Landscape Design, Inc.<br>702 Doser Rd.<br>Jefferson, GA 30549** | | | **2004**<br><br>**Landscape Services** | | | | **37,370.47** |
| ACCOUNT NO.<br><br>**River Club Community<br>681 Trinity Pl.<br>Suwanee, GA 30024** | | | **2004**<br><br>**Association Fees** | | | | **6,250.00** |

Sheet no.  17  of  20  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  
(Total of this page)

Total ➤  
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| **$195,385.14** | |

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                                                    .    Case No.   **05-30026-REB**
               **Debtor**                                                                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Riverside Cabinet Shop, Inc.**<br>**4580 Commerce Pkwy.**<br>**Sugar Hill, GA 30510** | | | **2004**<br><br>**Cabinet Contractor** | | | | **35,222.09** |
| ACCOUNT NO.<br><br>**Rodney L. Burns**<br>**208 Venture Blvd.**<br>**Howma LA 70360** | | | **2004**<br><br>**Promissory note for joint venture to build house.** | | | | **235,000.00** |
| ACCOUNT NO.<br><br>**Roger and Gloria Campbell**<br>**2717 Tarva Place**<br>**Duluth, GA 30097** | | | **2004**<br><br>**Customer deposit on building contract for Lot 271 River Club.  House 47% complete.** | | | | **240,500.00** |
| ACCOUNT NO.<br><br>**Securenet Protective Services, Inc.**<br>**6115-B Jimmy Carter Blvd.**<br>**Norcross, GA 30071** | | | **2004**<br><br>**Security Services** | | | | **5,745.00** |
| ACCOUNT NO.<br><br>**Shumate Mechanical, Inc.**<br>**2805 Premiere Parkway**<br>**Duluth, GA 30097** | | | **2004**<br><br>**Heating & Air Contractor** | | | | **81,740.00** |

Sheet no.  18  of  20  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal          ➤
(Total of this page)

Total          ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| **$598,207.09** | |
| | |

Form B6F - Cont.
(12/03)

In re **1st Magnolia Homes, Inc.** , Case No. **05-30026-REB**
                    **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Smith Construction Co.**<br>**230 Oak Leaf La.**<br>**Carrolton, GA 30116** | | | **2004**<br><br>**Exterior Trim Services** | | | | **13,000.00** |
| ACCOUNT NO.<br><br>**Sugarloaf Homeowners Association**<br>**2798 Sugarloaf Club Dr.**<br>**Duluth, GA 30097** | | | **2004**<br><br>**Association Fees** | | | | **2,175.97** |
| ACCOUNT NO.<br><br>**Sun Shine Paint Co.**<br>**2570 Deer Isle Cove**<br>**Lawrenceville, GA 30044** | | | **2004**<br><br>**Painting Contractor** | | | | **45,000.00** |
| ACCOUNT NO.<br><br>**Sunrise Pool Services, Inc.**<br>**450 Cemetery St.**<br>**Suit3 303**<br>**Norcross, GA 30071** | | | **2004**<br><br>**Pool Services** | | | | **709.54** |
| ACCOUNT NO.<br><br>**Surface Specialists**<br>**5107 Tanaga Ct.**<br>**Stone Mountain, GA 30087** | | | **2004**<br><br>**Contractor** | | | | **75.00** |

Sheet no. _19_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$60,960.51**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **1st Magnolia Homes, Inc.**                                                    .    Case No.    **05-30026-REB**
        **Debtor**                                                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**T&S Washing**<br>**P.O. Box 129**<br>**Hoschton, GA 30548** | | | **2004**<br><br>**Cleaning Contractor** | | | | **400.00** |
| ACCOUNT NO.<br><br>**The Alamo Cleaning Service, Inc.**<br>**2472 Flagsmoor Dr.**<br>**Snellville, GA 30278** | | | **2004**<br><br>**House cleaning Services** | | | | **680.00** |
| ACCOUNT NO.<br><br>**Thomas Concrete**<br>**P.O. Box 725569**<br>**Atlanta, GA 31139** | | | **2004**<br><br>**Supplier** | | | | **32,293.56** |
| ACCOUNT NO.      **\*\*\*\*\*\*\*\*\*\*\*3969**<br><br>**Wachovia Bank, NA**<br>**P.O. Box 50014**<br>**Roanoke, VA 30506-1183** | | | **2004**<br><br>**Corp. checking account - overdrawn - closed by bank.** | | | | **768.76** |
| ACCOUNT NO.<br><br>**William Kohan**<br>**345 Seneca Drive**<br>**Lawrenceville, GA 30044** | | | **2004**<br><br>**Services** | | | | **5,500.00** |

Sheet no. _20_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤      | **$39,642.32** |
(Total of this page)

Total ➤      | **$4,627,347.94** |
**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re:  **1st Magnolia Homes, Inc.** _____ ,    Case No.    **05-30026-REB**
_____
                    Debtor                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

**In re:** <u>**1st Magnolia Homes, Inc.**</u>                                                                .    **Case No.**    <u>**05-30026-REB**</u>
                   **Debtor**                                                                                                                           **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**

In re:      **1st Magnolia Homes, Inc.**

Debtor

Case No.    **05-30026-REB**
Chapter     **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☐ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor            ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]

   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Representation in an Adversary Proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **2/22/2005**

**/S/William M. Troglin**
**William M. Troglin, Bar No.  716675**

**William M. Troglin, P.C.**
Attorney for Debtor(s)

Form B6
(6/90)

## United States Bankruptcy Court
## Northern District of Georgia

In re  **1st Magnolia Homes, Inc.**

Case No.  **05-30026-REB**

Chapter  **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 8.069.850.00 | | |
| B - Personal Property | YES | 3 | $ 2,601,942.61 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 7.553.162.66 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 37,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 21 | | $ 4.627.347.94 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| Total Number of sheets in ALL Schedules ➤ | | 32 | | | |
| Total Assets ➤ | | | $ 10,671,792.61 | | |
| Total Liabilities ➤ | | | | $ 12,217,510.60 | |

Official Form 6 - Cont .
(12/03)

In re:  **1st Magnolia Homes, Inc.**                                    ,        Case No.   __05-30026-REB__
               Debtor                                                                                       (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____34_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date  __2/22/2005_____            Signature:    **s/ Henry T. Burnes**_____

                                                                   **Henry T. Burnes President**_____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**

In re:   **1st Magnolia Homes, Inc.**                                    Case No.   **05-30026-REB**

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

|  |  |  |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | **5,858,405.00** |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

|  |  |  |
|---|---|---|
| 2. Gross Monthly Income: | $ | **0.00** |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

|  |  |  |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **0.00** |
| 4. Payroll Taxes | | **0.00** |
| 5. Unemployment Taxes | | **0.00** |
| 6. Worker's Compensation | | **0.00** |
| 7. Other Taxes | | **0.00** |
| 8. Inventory Purchases (Including raw materials) | | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **0.00** |
| 11. Utilities | | **0.00** |
| 12. Office Expenses and Supplies | | **0.00** |
| 13. Repairs and Maintenance | | **0.00** |
| 14. Vehicle Expenses | | **0.00** |
| 15. Travel and Entertainment | | **0.00** |
| 16. Equipment Rental and Leases | | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | | **0.00** |
| 18. Insurance | | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **0.00** |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | | |
| **None** | | |
| 21. Other (Specify): | | |
| **None** | | |
| 22. Total Monthly Expenses (Add items 3 - 21) | $ | **0.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

|  |  |  |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | $ | **0.00** |