IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| 1ST MAGNOLIA HOMES, INC., | CASE NO. 05-30023 |
| DEBTOR | HONORABLE ROBERT E. BRIZENDINE |

RESPONSE TO EMERGENCY MOTION

COMES Now Deneen Ahmed and Kelli Sterling and present their Answer to the Trustee's Emergency Motion.

1

The Property referred to in the Motion is our residence under a Lease Purchase Agreement signed by a representative of 1st Magnolia. SunTrust Bank's agents repeatedly contacted us about the Property after we took possession. SunTrust's agents represented that they were attempting to show the Property for the benefit of SunTrust. The Agents for SunTrust actions and statements indicated that the Trustee's demand for possession was for the benefit of SunTrust.

2.

The negotiations with the Trustee concerned the purchase agreement for the Property which the Trustee was seeking to re-negotiate. The Lease Purchase Agreement was never discussed with the Trustee. SunTrust's Agents may have

misstated facts concerning their relationship to the Property and the status of the Property.

3.

We have filed suit against SunTrust for their efforts to unlawfully evict us without a notice of termination of the Lease Purchase Agreement or a dispossessory action. The lawsuit seeks to enforce our right to a 30 day Notice of Termination and Demand for Possession. The Trustee's Motion seeks to eliminate our rights under Georgia landlord-tenant law for the benefit of SunTrust.

5.

We are arranging to vacate the premises and remove our personal property on or before May 1, 2005. We will deliver possession and the keys to the Property to the Trustee or SunTrust as the Court directs.

WHEREFORE, we are requesting that the Court permit us 30 days from March 31, 2005 to turnover possession of the Property as the Court decides.

Deneen Ahmed, pro se

Kelli Sterling

~2~

Ms. Deneen Ahmed
Ms. Kelli Sterling
2559 Grey Moss Court
Duluth, Georgia 30097

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| 1st MAGNOLIA HOMES, INC., | ) | CASE NUMBER 05-30023 |
| | ) | |
| Debtor. | ) | HONORABLE ROBERT E. BRIZENDINE |

**CERTIFICATE OF SERVICE**

I hereby certify I have served a copy of the Response To Trustee's Emergency Motion upon the following parties by depositing a copy in the United States Mail, properly addressed and postage prepaid:

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

Albert F. Nasuti
Chapter 7 Trustee
40 Technology Parkway South
Suite 300
Norcross, GA 30092

William M. Troglin, Esq.
William M. Troglin, P.C.
5950 Live Oak Parkway
Suite 125
Norcross, Georgia 30093

1st Magnolia Homes, Inc.
Henry Burns, President
2784 Sardis Church Rd.
Gainesville, Georgia 30506

DATED this 29 day of March, 2005.