IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>1st  MAGNOLIA HOMES, INC.,<br><br>                                     Debtors | CHAPTER 7<br><br>CASE NO. 05-30023-REB<br><br>HONORABLE ROBERT E. BRIZENDINE |

**TRUSTEE'S NOTICE TO PAY
UNCLAIMED FUNDS TO THE REGISTRY OF THE COURT**

On December 3, 2010 Albert Nasuti, Chapter 7 Trustee in the above referenced case, issued the following checks, representing final pro-rata distribution to the respective claims:

Check #111 - $3,396.11 payable to Kelli Sterling (Claim No. 3)
Check #117 - $0.71 payable to Jackson EMC (Claim No. 11)
Check #122 - $311.28 payable to Atlanta Structural Corp. (Claim No. 17)
Check #123 - $18.84 payable to L.E.S. Designs, Inc. (Claim No. 18)
Check #131 - $334.04 payable to Prudential Georgia Realty (Claim No. 26)
Check #134 - $1,113.47 payable to Dr. Shailesh Gandhi (Claim No. 32)

More than ninety (90) days have passed since the checks were issued, and the checks remain unpaid and said checks have not been returned to the Trustee by the United States Post Office as "undeliverable".  The Trustee stopped payment on all the above-referenced checks and issued a new check #135 payable to the registry of the Bankruptcy Court.  The Trustee hereby applies to the Clerk of Court to pay the unclaimed funds in the total amount of $5,174.45 to the Registry of the Court.  Pursuant to 11 U.S.C. §347(a) and Fed. R. Bankr. P. 3011, the last known names and addresses for the foregoing Claimants and the amounts which they are entitled to be paid from said bankruptcy estate are listed as follows:

| **Claimant** | **Amount** |
|---|---|
| Kelli Sterling<br>2559 Grey Moss Court<br>Duluth GA 30097 | $3,396.11 |
| Jackson EMC<br>P.O. Box 100<br>Jefferson, GA 30549-0100 | $0.71 |
| Atlanta Structural Corp.<br>P.O. Box 2824<br>Norcross, GA 30091-2824 | $311.28 |

| | |
|---|---|
| L.E.S. Designs, Inc.<br>6165 E. Cherokee Drive<br>Canton, GA 30115 | $18.84 |
| Prudential Georgia Realty<br>c/o Monica K. Gilroy, Esquire<br>1544 Old Alabama Road<br>Roswell, GA 30076 | $334.04 |
| Dr. Shailesh Gandhi<br>2795 Endora Trail<br>Duluth, GA 30097 | $1,113.47 |

Dated this 25th day of April, 2011.

/s/    *Albert Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111